## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

Sierra Club                    )
                               )
                               )
           Plaintiff(s),       )
                               )   Case No.
        vs.                    )
                               )
Ameren Corporation             )
                               )
           Defendant(s).       )

## DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for _Sierra Club_ hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation:
   Sierra Club has no parent corporation.

2. Subsidiaries not wholly owned by the corporation:
   Sierra Club has no subsidiaries.

3. Any publicly held company that owns ten percent (10%) or more of the corporation:
   No publicly held corporations own any Sierra Club stock.

_____
Signature (Counsel for Plaintiff/Defendant)
Print Name: Sunil Bector
Address: 85 Second Street, 2nd Floor

City/State/Zip: San Francisco, CA 94105
Phone: 415-977-5759

I hereby certify a true copy of the foregoing Disclosure of Corporate Interest Certificate was serve (by mail, by hand delivery or by electronic notice) on all parties this _5_ Day of _March_, 20_14_.