IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SIERRA CLUB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 14-cv-00408-AGF |
| | ) | Judge Audrey G. Fleissig |
| | ) | |
| AMEREN CORPORATION and UNION ELECTRIC COMPANY d/b/a AMEREN MISSOURI | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

### NOTICE OF ENTRY OF APPEARANCE AND WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COMES NOW Molly L. Wiltshire, Schiff Hardin LLP, and hereby enters her appearance in this case on behalf of Defendant Union Electric Company d/b/a Ameren Missouri.

Erin Guffey hereby provides notice of her withdrawal as counsel of record in this case for Ameren Corporation and Union Electric Company d/b/a Ameren Missouri, as she has voluntarily left her employment with Schiff Hardin LLP as of August 14, 2015.  Schiff Hardin LLP continues to represent Defendant in this matter.

The undersigned requests that all future notices, pleadings, and motions be served upon Defendant's updated counsel of record: Renee Cipriano, Linda K. Stevens, Sarah D. Youngblood, Molly L. Wiltshire, and Daniel C. Nelson.

Dated: August 17, 2015

 /s/ Molly L. Wiltshire
Molly L. Wiltshire (*pro hac vice*)
Renee Cipriano (*pro hac vice*)
Linda K. Stevens (*pro hac vice*)
SCHIFF HARDIN LLP

233 S. Wacker Drive, Ste. 6600
Chicago, IL  60606
Tel:  (312) 258-5500
Fax:  (312) 258-5600
rcipriano@schiffhardin.com
lstevens@schiffhardin.com
mwiltshire@schiffhardin.com

Sarah D. Youngblood (*pro hac vice*)
SCHIFF HARDIN LLP
One Market, Spear St. Tower, Ste. 3200
San Francisco, CA 94105
Tel: (415) 901-8700
Fax: (415) 901-8701
syoungblood@schiffhardin.com

Daniel C. Nelson (40518MO)
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd.
Suite 1800
St. Louis, MO  63105
Tel: (314) 552.6650
Fax: (314) 612.2273
dnelson@armstrongteasdale.com

*Counsel for Defendant Union Electric Company d/b/a Ameren Missouri*

*[signature: Erin E. Guffey]*

_____
Erin E. Guffey, #MO63843

## CERTIFICATE OF SERVICE

  I hereby certify that on August 17, 2015 a copy of the foregoing was filed electronically with the Court, with notice of the filing generated and sent electronically by the Court's CM/ECF system to all counsel of record including:

 Benjamin J. Blustein (*pro hac vice*)
 Scott A. Entin (*pro hac vice*)
 MINER AND BARNHILL, P.C.
 14 W. Erie St.
 Chicago, IL 60654
 Tel: (312) 751-1170
 bblustein@lawmbg.com
 sentin@lawmbg.com

 Andrea Issod (*pro hac vice*)
 Sunil Bector (*pro hac vice*)
 SIERRA CLUB
 85 Second Street, Second Floor
 San Francisco, CA 94105
 Tel: (415) 977-5544
 Fax: (415) 977-5793
 andrea.issod@sierraclub.org
 sunil.bector@sierraclub.org

 James N. Saul (*pro hac vice*)
 EARTHRISE LAW CENTER
 Lewis & Clark Law School
 10015 SW Terwilliger Blvd.
 Portland, OR 97219
 Tel: (503) 768-6929
 Fax: (503) 768-6642
 jsaul@lclark.edu

 Sarah E. Siskind (*pro hac vice*)
 MINER AND BARNHILL, P.C.
 44 E. Mifflin St.
 Madison, WI 53703
 Tel: (608) 255-5200
 ssiskind@lawmbg.com

            /s/ Molly L. Wiltshire
             Molly L. Wiltshire