RECEIVED
OCT 0 2 2015
BY MAIL

## MINER, BARNHILL & GALLAND, P.C.
ATTORNEYS AND COUNSELORS

DAVID BALTMANIS
BENJAMIN BLUSTEIN
JEFFREY I. CUMMINGS
ELIZABETH J. EBERLE††
SCOTT A. ENTIN
GEORGE F. GALLAND, JR.
ROBERT S. LIBMAN
NANCY L. MALDONADO
WILLIAM A. MICELI
JUDSON H. MINER
DEANNA N. PIHOS
SARAH E. SISKIND†
LAURA E. TILLY

14 WEST ERIE STREET
CHICAGO, ILLINOIS 60654
(312) 751-1170
TELECOPIER (312) 751-0438

WISCONSIN OFFICE
44 EAST MIFFLIN STREET
SUITE 803
MADISON, WISCONSIN 53703
(608) 255-5200
TELECOPIER (608) 255-5380

†ONLY ADMITTED IN WISCONSIN
AND NEW YORK
††ONLY ADMITTED IN WISCONSIN
AND CALIFORNIA

Of Counsel:
CHARLES BARNHILL, JR.

October 1, 2015

BY FEDERAL EXPRESS

Clerk of the Court
U.S. District Court for the Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 S. Tenth St., Ste. 3.300
St. Louis, MO 63102

      Re:  *Sierra Club v. Ameren Corp., et al.*
           *No. 4:14-cv-408-AGF*

To Whom It May Concern:

With respect to the above-referenced matter, please find enclosed for filing the Verified Motion for Admission *Pro Hac Vice* of David P. Baltmanis. I am also enclosing a check for $100.00, the fee for filing of this motion.

Please contact me if you have any questions. Thank you.

Sincerely,

*Lisa Mecca Davis*

Lisa Mecca Davis
Legal Secretary

Enclosures

RECEIVED
OCT 0 2 2015
BY MAIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SIERRA CLUB, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 14-cv-408-AGF ) ) The Honorable Audrey G. Fleissig |
| UNION ELECTRIC COMPANY, d/b/a AMEREN MISSOURI, | ) ) ) |
| Defendant. | ) |

## VERIFIED MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, David P. Baltmanis, move to be admitted *pro hac vice* to the bar of this court for the purpose of representing plaintiff in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Full name of the movant-attorney: David P. Baltmanis

(b) Address, telephone number and fax number of the movant-attorney:
14 W. Erie St., Chicago, IL 60654; 312.751.1170

(c) Name of the firm or letterhead under which the movant practices:
Miner, Barnhill & Galland, P.C.

(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom: Northwestern University, 2009

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any:

Illinois Supreme Court (2009)
U.S. Court of Appeals for the Fourth Circuit (2010)
U.S. Court of Appeals for the Seventh Circuit (2011)
U.S.D.C. for the District of Maryland (2010)
U.S.D.C. for the Northern District of Illinois (2011)
U.S. Supreme Court (2013)

(f)  The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g)  Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted *pro hac vice* to the bar of the court to appear in the instant matter.

David P. Baltmanis

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

2303

PRODUCT 55202N

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
|  | #2831 - 'Pro hac vice' application in the Sierra Club case for Dave Baltmanis |  |