UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SIERRA CLUB ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action No. 14-cv-00408-AGF |
| ) | Judge Audrey G. Fleissig |
| UNION ELECTRIC COMPANY, d/b/a ) | |
| AMEREN MISSOURI ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW Matthew B. Mock, Schiff Hardin LLP, and enters his appearance in this case on behalf of Defendant Union Electric Company, d/b/a Ameren Missouri.

The undersigned requests that all future notices, pleadings, and motions be served upon Defendant's updated counsel of record, Renee Cipriano, Linda K. Stevens, Matthew B. Mock, Sarah D. Youngblood, Deborah A. Bone, Molly L Wiltshire, and Daniel C. Nelson.

Dated: January 11, 2016

Respectfully submitted:

By:   /s/ Matthew B. Mock
Matthew B. Mock (*pro hac vice*)
Renee Cipriano (*pro hac vice*)
Linda K. Stevens (*pro hac vice*)
Deborah A. Bone (*pro hac vice*)
Molly L. Wiltshire (*pro hac vice*)
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
Telephone:  312.258.5500
Fax:  312.258.5600
mmock@schiffhardin.com

rcipriano@schiffhardin.com
lstevens@schiffhardin.com
dbone@schiffhardin.com
mwiltshire@schiffhardin.com

Sarah D. Youngblood (*pro hac vice*)
SCHIFF HARDIN LLP
One Market, Spear Street Tower
Suite 3200
San Francisco, CA 94105
Telephone:  415.901-8700
Fax:  415.901.8701
syoungblood@schiffhardin.com

Daniel C. Nelson (40518MO)
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
Telephone:  314.552.6650
Fax:  314.612.2273
dnelson@armstrongteasdale.com

Attorneys for Defendant Union Electric
Co., d/b/a Ameren Missouri

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Notice of Entry of Appearance was filed and served upon all counsel of record via CM/ECF on the 11th day of January, 2016.

                                                /s/ Matthew B. Mock
                                                Matthew B. Mock

26787-0071
CH2\17665636.1