IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SIERRA CLUB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14-cv-408-AGF |
| | ) | |
| | ) | The Honorable Audrey G. Fleissig |
| UNION ELECTRIC COMPANY, d/b/a | ) | |
| AMEREN MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF CHANGE OF ADDRESS
OF COUNSEL FOR PLAINTIFF


PLEASE TAKE NOTICE THAT effective February 22, 2016, the address of the law firm
Miner, Barnhill & Galland, P.C. has changed as follows:

Miner, Barnhill & Galland, P.C.
325 N. LaSalle St., Ste. 350
Chicago, IL 60654
312.751.1170
312.751.0438 (telefax)


/s/ Benjamin J. Blustein
Benjamin J. Blustein
One of the Attorneys for Plaintiff

Miner, Barnhill & Galland, P.C.
325 N. LaSalle St., Ste. 350
Chicago, IL 60654
312.751.1170
Atty. No. 44720

Sierra Club
85 Second St., Second Floor
San Francisco, CA 94105
(415) 977-5544

Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Blvd.
Portland, OR 97219
(503) 768-6929

## CERTIFICATE OF SERVICE

Lisa Mecca Davis certifies that she caused the foregoing Notice to be served upon counsel to whom it is directed, by this Court's electronic-filing system, this 16th day of February, 2016.


/s/ Lisa Mecca Davis
Lisa Mecca Davis