UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SIERRA CLUB<br>Plaintiff,<br><br>V.<br>UNION ELECTRIC COMPANY, d/b/a<br>AMEREN MISSOURI<br>Defendant. | )<br>)<br>)<br>)<br>)  Case No. 14-cv-00408-AGF<br>)<br>)<br>) |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, David Clark Scott, move to be admitted pro hac vice to the bar of this court for the purpose of representing Union Electric Company, d/b/a Ameren Missouri in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Full name of the movant-attorney;
 David Clark Scott

(b) Name of the firm or letterhead under which the movant practices. Include the address, telephone number and fax number of the firm;

  Name: Schiff Hardin LLP
  Address: 233 S. Wacker Dr., Suite 6600
  City, State Zip: Chicago, IL 60606
  Phone No.: 312-258-5575
  Fax No.: 312-258-5600

(c) Email for movant-attorney;
 dscott@schiffhardin.com

(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom;
 University of Chicago Law School (2003)

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;

| Jurisdiction | Yr. Admitted | Reg. Number |
|---|---|---|
| IL Supreme Court | 2003 | 6279758 |
| See Next Page | | |

(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g)     Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant

| Date | Court |
|---|---|
| 12/18/2003 | United States District Court for the Northern District of Illinois |
| 01/05/2004 | U.S. Court of Appeals, Fifth Circuit |
| 01/05/2004 | U.S. Court of Appeals, Eleventh Circuit |
| 10/28/2004 | U.S. District Court for the Southern District of Alabama |
| 03/22/2005 | U.S. Court of Appeals, Fourth Circuit |
| 04/07/2006 | U.S. District Court for the Eastern District of Wisconsin |
| 05/04/2007 | U.S. District Court for the District of Colorado |
| 06/16/2008 | U.S. Court of Appeals, Tenth Circuit |
| 10/24/2014 | U.S. Court of Appeals, Third Circuit |

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Verified Motion for Admission Pro Hac Vice was filed and served upon all counsel of record via CM/ECF on the 22nd day of February, 2016.

      /s/ David C. Scott

      David C. Scott