UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SIERRA CLUB | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Civil Action No. 14-cv-00408-AGF |
| | ) | Judge Audrey G. Fleissig |
| UNION ELECTRIC COMPANY, d/b/a | ) | |
| AMEREN MISSOURI | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO WITHDRAW

Deborah A. Bone and Sarah D. Youngblood respectfully move for leave to withdraw as counsel for defendant Union Electric Co. d/b/a Ameren Missouri ("Ameren").  Ameren will continue to be represented in this matter by Renee Cipriano, Matthew B. Mock, Linda K. Stevens, and Molly L. Wiltshire of Schiff Hardin LLP, and Daniel C. Nelson of Armstrong Teasdale LLP.

Dated:  February 22, 2016          Respectfully submitted,

                    By:      /s/ Deborah A. Bone
                        Renee Cipriano (*pro hac vice*)
                        Matthew B. Mock (*pro hac vice*)
                        Linda K. Stevens (*pro hac vice*)
                        Deborah A. Bone (*pro hac vice*)
                        Molly L. Wiltshire (*pro hac vice*)
                        SCHIFF HARDIN LLP
                        233 South Wacker Drive, Suite 6600
                        Chicago, IL 60606
                        Telephone:  312.258.5500
                        Fax:  312.258.5600
                        rcipriano@schiffhardin.com

mmock@schiffhardin.com
lstevens@schiffhardin.com
dbone@schiffhardin.com
mwiltshire@schiffhardin.com

 /s/ Sarah D. Youngblood
Sarah D. Youngblood (*pro hac vice*)
SCHIFF HARDIN LLP
One Market, Spear Street Tower
Suite 3200
San Francisco, CA 94105
Telephone:  415.901-8700
Fax:  415.901.8701
syoungblood@schiffhardin.com

 Daniel C. Nelson (40518MO)
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
Telephone:  314.552.6650
Fax:  314.612.2273
dnelson@armstrongteasdale.com

*Attorneys for Defendant Union Electric Co., d/b/a Ameren Missouri*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was filed and served upon all counsel of record via CM/ECF on the 22nd day of February, 2016.

       /s/ Deborah A. Bone

       Deborah A. Bone