**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| SIERRA CLUB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 14-cv-00408-JAR |
| | ) | Judge John A. Ross |
| UNION ELECTRIC COMPANY, | ) | |
| d/b/a AMEREN MISSOURI | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT AMEREN NOTICE REGARDING SETTLEMENT AGREEMENT**

Defendant, Union Electric Company d/b/a Ameren Missouri ("Ameren Missouri")

provides the attached letter regarding the U.S. Department of Justice's letter to the Clerk of this

Court dated July 18, 2016.

Respectfully submitted,

/s/ John F. Cowling
John F. Cowling
Renee Cipriano
Linda K. Stevens

(*pro hac vice*)
SCHIFF HARDIN LLP
233 S. Wacker Drive
Chicago, IL  60606
Tel:  (312) 258-5500 / Fax:  (312) 258-5600
rcipriano@schiffhardin.com
lstevens@schiffhardin.com

John F. Cowling (30920MO)
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd.
Suite 1800
St. Louis, MO  63105
Tel: (314).552.6650
Fax: (314)612.2273
jcowl.ing@armstrongteasdale.com

Attorneys for Defendant Union
Electric Company d/b/a Ameren Missouri


## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2016, I electronically filed the foregoing **Defendant Ameren Missouri's Notice Regarding Settlement Agreement** with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on all counsel of record.


/s/ John F. Cowling

1