John F. Cowling

Direct T 314.342.8005  F 314.612.2222

jcowling@armstrongteasdale.com

MISSOURI  KANSAS  COLORADO  NEVADA  ILLINOIS  SHANGHAI

July 20, 2016

Andrew J. Lay
Assistant United States Attorney
111 South 10th Street, Room 20.333
St Louis, MO 63102

David S. Gualteiri
Senior Counsel
U.S. Department of Justice
Environmental and Natural Resources Division
Law and Policy Section
P.O. Box 7415
Washington, D.C. 20044-7415

Re:     Sierra Club v. Ameren Missouri, case no. 4:14-cv-408 - Settlement Agreement

Dear Andrew and David:

Ameren Missouri acknowledges and appreciates the recent filing by the Department of Justice wherein the Agency affirms that it has no objection to the Settlement Agreement entered into in May 2016 by the Sierra Club and Ameren Missouri. The settlement resolves all claims in the above captioned litigation.

Ameren Missouri has reviewed the correspondence filed by DOJ and with respect to the performance of environmental beneficial projects (EPBs) referenced in the Settlement Agreement, and has no objection to voluntarily providing you with the information you requested about the EBPs.

With respect to whether the Settlement Agreement is a Consent Judgment under 42 U.S.C. § 7604(3), Ameren Missouri respectfully disagrees. The Settlement Agreement is not a Consent Judgment subject to review and approval by DOJ. In fact, and in spite of the allegations in the Amended Complaint, the agreement reached by the parties to this litigation imposes no ongoing operational or environmental conditions or restrictions on Ameren Missouri's power plants nor does it include a finding or admission of violation. Rather, such resolution provides a

July 20, 2016
Page 2

mechanism for the parties to avoid the ongoing expense and uncertainty associated with litigation – nothing more.

Ameren Missouri also disagrees with DOJ's position that the EBPs required under the Settlement Agreement are projects subject to the Supplemental Environmental Project guidance document issue by USEPA.

Very truly yours,

*[signature]*

John F. Cowling

ARMSTRONG TEASDALE LLP