IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SIERRA CLUB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14-CV-00408-JAR |
| | ) | |
| | ) | |
| UNION ELECTRIC COMPANY, d/b/a | ) | |
| AMEREN MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Joint Motion for Leave to Voluntarily Dismiss

(Doc. No.*120* submitted by the parties, Plaintiff Sierra Club and Defendant Union Electric

Company d/b/a Ameren Missouri (collectively, the "Parties").

The Court has reviewed the Joint Motion, as well as the Settlement Agreement executed

by the Parties on May 26, 2016, which the Parties aver resolves all claims in this case.  Pursuant

to the Settlement Agreement, the Parties agree to the voluntarily dismissal of this action with

prejudice, each party to bear its own costs and attorneys' fees.  Pursuant to the Settlement

Agreement, the Parties further request that the Court exercise continuing jurisdiction until the

funding of the Environmentally Beneficial Project ("EBP") described in the Settlement

Agreement is completed.

The Court hereby grants the Joint Motion and, accordingly,

**IT IS HEREBY ORDERED** that the Parties' Joint Motion for Leave to Voluntarily

Dismiss is GRANTED.

**IT IS FURTHER ORDERED** that this case is dismissed with prejudice, each party to

bear its own costs and attorneys' fees, except that the Court will retain jurisdiction until the

funding of the EBP described in the Settlement Agreement is completed.

Dated this 21st day of _July_ , 2016

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

2